# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| FREDDIE L. LOPEZ, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:25-cv-00988 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| NORTH TEXAS TOLLWAY | § | |
| AUTHORITY, *et al.* | § | |
| | § | |
| *Defendants.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 11, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #11) that Plaintiff Freddie L. Lopez's complaint (Dkt. #3) be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Lopez's complaint (Dkt. #3) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED this 7th day of June, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE